[No. 70864-3-I.   Division One.   January 26, 2015.]

*In the Matter of the Detention of* E.M.

THE STATE OF WASHINGTON, *Respondent*, v. E.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-6-00923-9, Beth M. Andrus, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Lau, J.

[No. 70958-5-I.   Division One.   January 26, 2015.]

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent*, v. AIRPORT INVESTMENT COMPANY ET AL., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-2-33275-4, Catherine D. Shaffer, J., entered September 6, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 71100-8-I.   Division One.   January 26, 2015.]

*In the Matter of the Detention of* D.S.

Appeal from a judgment of the Superior Court for King County, No. 13-6-02920-5, Beth M. Andrus, J., entered October 24, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 71127-0-I.   Division One.   January 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FERDI MAI DEGUZMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-07726-4, Ken Schubert, J., entered October 4, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Appelwick, J.